IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:15-CR-172-F-16

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| JANICE MARIE SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown, JANICE MARIE SMITH's Motion to Seal Defendant's Sentencing Memorandum [DE-442] is hereby GRANTED.

So ordered. This the 21 day of April, 2016.

*Honorable James C. Fox*
Senior United States District Judge