THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:15-CR-172-BO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JANICE MARIE SMITH, | ) | |
| Defendant. | ) | |

For good cause shown, JANICE MARIE SMITH's Motion to Seal Defendant's Supplemental Memorandum is hereby GRANTED.

So ordered. This the __3__ day of May 2018.

*Terrence Boyle*
Honorable Terrence W. Boyle
United States District Judge